UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| FERRARI FINANCIAL SERVICES, INC.,<br>Plaintiff,<br>v.<br>ANDREY HICKS; JI WON YANG,<br>Defendants. | Case No. 8:25-cv-01071-JVS-DFM<br>**JUDGMENT AND TRANSFER ORDER**<br>Action Filed: May 19, 2025<br>Trial Date: No Date Set |

# JUDGMENT

The Court, having previously granted Plaintiff Ferrari Financial Services, Inc.'s ("FFS") Second Renewed Motion for Entry of Default Judgment Against Defendants (the "Second Renewed Motion") (ECF 35), hereby finds and determines as follows:

Judgment for possession of personal property for the subject vehicle, a 2007 Ferrari F430 Coupe with VIN #ZFFEW58A170152346 (the "Vehicle"), is entered in favor of FFS and against Defendants Andrey Hicks and Ji Won Yang (collectively, "Defendants"), jointly and severally.

Within fourteen (14) days of electronic service of this Order on Defendants, Defendants are ORDERED to surrender the Vehicle to Ferrari of Beverly Hills, located at 9372 Wilshire Blvd., Beverly Hills, California 90212, during normal business hours. If Defendants desire to surrender the Vehicle to a different location they may do so only after coordinating and confirming same with counsel of record for FFS.

Once the Vehicle has been surrendered and sold at auction, FFS may reapply to the Court for a money judgment for all remaining amounts owed, including attorneys' fees, costs, and post-judgment interest.

If Defendants fail to comply with this Order, they may be held in contempt of Court and FFS may seek any additional recourse as well as remedies including monetary judgment as may be appropriate or necessary.

This Court shall retain jurisdiction over this action for purposes of enforcing compliance with the terms of this Judgment.

**IT IS SO ORDERED.**

Dated: November 12, 2026

United States District Court
Hon. James V. Selna